| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Darren M. Baldo, Esq.<br>Baldo Law Firm<br>4093 Quakerbridge Rd.<br>Princeton Jct., NJ 08550<br>Phone: (609) 799-0090<br>Fax: (609) 799-0095<br>Darren@dbaldolaw.com<br><br>In Re:<br><br>    Michael S. Faretty II and<br>    Diana L. Faretty,<br><br>    Debtors. | Case No.:    19-33073-MBK<br><br>Chapter:    13<br><br>Adv. No.:    Click or tap here to enter text.<br><br>Hearing Date:    Click or tap here to enter text.<br><br>Judge:    Kaplan |

## CERTIFICATION OF SERVICE

1. I, Click or tap here to enter text.:

    ☒ represent Debtor in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On December 30, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Modified Chapter 13 Plan and Motions, and
    Amended Forms 106Dec, 106Sum, 106C, 106D, 106E/F, 106I, and 106J.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    December 30, 2019                                         /s/ Darren M. Baldo
                                                                 Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| M&T BANK<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 840<br>BUFFALO, NY 14240 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MIDLAND FUNDING LLC<br>Attention: Officer, Managing Agent or General Agent<br>2365 NORTHSIDE DR., SUITE 300<br>SAN DIEGO, CA 92108 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CAPITAL ONE BANK (USA) N.A.<br>Attention: American InfoSource as Agent<br>4515 N. SANTA FE AVE.<br>OKLAHOMA CITY, OK 73118 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| ONEMAIN FINANCIAL GROUP LLC<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DISCOVER STUDENT LOANS<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 30925<br>SALT LAKE CITY, UT 84130 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY<br>Attention: Officer, Managing Agent or General Agent<br>120 CORPORATE BLVD.<br>NORFOLK, VA 23502 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MACY'S<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 78008<br>PHOENIX, AZ 85062 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KOHL'S<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 1456<br>CHARLOTTE, NC 28201 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GM FINANCIAL<br>Attention: Officer, Managing Agent or General Agent<br>1820 E. Sky Harbor Circle South, Suite 150<br>Phoenix, AZ 85034-9700 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other U.S.P.S. Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*