Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−33073−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael S Faretty II                     Diana L Faretty
  185 Eaton Ave.                           185 Eaton Ave
  Hamilton, NJ 08619                 Hamilton, NJ 08619

Social Security No.:
  xxx−xx−7799                             xxx−xx−5376

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            2/26/20
Time:           10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 30, 2019
JAN: vpm

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 19-33073-MBK
Michael S Faretty, II                                         Chapter 13
Diana L Faretty
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin                Page 1 of 1           Date Rcvd: Dec 30, 2019
                             Form ID: 132               Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db/jdb         +Michael S Faretty, II,    Diana L Faretty,    185 Eaton Ave.,    Hamilton, NJ 08619-2503
518614742      +DISCOVER,    PO BOX 6107,    CAROL STREAM, IL 60197-6107
518614746      +GM FINANCIAL,    1820 E. Sky Harbor Circle South, Suite 1,    Phoenix, AZ 85034-4810
518614745      +KOHLS,    PO BOX 1456,    CHARLOTTE, NC 28201-1456
518633976       M&T Bank,    2365 Northside Dr., # 300,    Buffalo, NY  14240
518614744      +MACYS,    PO BOX 78008,    PHOENIX, AZ 85062-8008
518614741      +ONE MAIN FINANCIAL,    3100 QUAKERBRIDGE RD., STE D7,    MERCERVILLE, NJ 08619-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 30 2019 23:26:59      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 30 2019 23:26:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518614740      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 30 2019 23:29:28      CAPITAL ONE,
                 PO BOX 6492,   CAROL STREAM IL 60197-6492
518632966      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2019 23:41:56
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518627843      +E-mail/Text: DSLBKYPRO@discover.com Dec 30 2019 23:27:19      Discover Student Loans,
                 PO Box 30925,   Salt Lake City, UT 84130-0925
518633977      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 30 2019 23:26:33      GM Financial,
                 P.O. Box 78143,    Phoenix, AZ 85062-8143
518614738       E-mail/Text: camanagement@mtb.com Dec 30 2019 23:26:37      M&T BANK,    PO BOX 840,
                 BUFFALO, NY 14240
518614739      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 30 2019 23:26:57      MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR., SUITE 300,    SAN DIEGO, CA 92108-2709
518629432      +E-mail/PDF: cbp@onemainfinancial.com Dec 30 2019 23:30:19      ONEMAIN FINANCIAL,    PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
518614743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 00:03:29
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD.,    NORFOLK, VA 23502
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Darren M Baldo    on behalf of Joint Debtor Diana L Faretty darren@dbaldolaw.com
              Darren M Baldo    on behalf of Debtor Michael S Faretty, II darren@dbaldolaw.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```