UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Baldo Law Firm
By: Darren M. Baldo (NJ Bar ID# 040181997)
4093 Quakerbridge Rd.
Princeton Jct., NJ 08550
Phone: (609) 799-0090; Fax: (609) 799-0095
Email: darren@dbaldolaw.com
Attorney for Debtors

In Re:

MICHAEL AND DIANA FARETTY,

Debtors.

Case No.: 19-33073 (MBK)

Judge: Kaplan

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Michael and Diana Faretty_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____February 26, 2020_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 2/20/20                                    /s/ Michael Faretty
                                                  Signature of Debtor

DATED: 2/20/20                                    /s/ Diana Faretty
                                                  Signature of Joint Debtor

new.5/23/06;jml