Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33073−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael S Faretty II | Diana L Faretty |
| 185 Eaton Ave. | 185 Eaton Ave |
| Hamilton, NJ 08619 | Hamilton, NJ 08619 |

Social Security No.:
  xxx−xx−7799                                                  xxx−xx−5376

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/27/2019 and a confirmation hearing on such Plan has been scheduled for 2/26/2020 at 10:00 AM.

The debtor filed a Modified Plan on 2/20/2020 and a confirmation hearing on the Modified Plan is scheduled for 4/8/2020 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 21, 2020
JAN: gan

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                              Case No. 19-33073-MBK
Michael S Faretty, II                                               Chapter 13
Diana L Faretty
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Feb 21, 2020
                               Form ID: 186                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb         +Michael S Faretty, II,    Diana L Faretty,    185 Eaton Ave.,    Hamilton, NJ 08619-2503
518671863       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518614742      +DISCOVER,    PO BOX 6107,    CAROL STREAM, IL 60197-6107
518614746      +GM FINANCIAL,    1820 E. Sky Harbor Circle South, Suite 1,    Phoenix, AZ 85034-4810
518720962      +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
518633976       M&T Bank,    2365 Northside Dr., # 300,    Buffalo, NY  14240
518614744      +MACYS,    PO BOX 78008,    PHOENIX, AZ 85062-8008
518614741      +ONE MAIN FINANCIAL,    3100 QUAKERBRIDGE RD., STE D7,    MERCERVILLE, NJ 08619-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:37:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518702102       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518614740      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 22 2020 01:32:03       CAPITAL ONE,
                 PO BOX 6492,    CAROL STREAM IL 60197-6492
518632966      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2020 01:44:25
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518689773       E-mail/Text: bnc-quantum@quantum3group.com Feb 22 2020 01:36:48
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
518627843      +E-mail/Text: DSLBKYPRO@discover.com Feb 22 2020 01:37:32       Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
518633977      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28       GM Financial,
                 P.O. Box 78143,    Phoenix, AZ 85062-8143
518614745      +E-mail/Text: bncnotices@becket-lee.com Feb 22 2020 01:36:11       KOHLS,    PO BOX 1456,
                 CHARLOTTE, NC 28201-1456
518614738       E-mail/Text: camanagement@mtb.com Feb 22 2020 01:36:34       M&T BANK,    PO BOX 840,
                 BUFFALO, NY 14240
518614739      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2020 01:36:53       MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR., SUITE 300,    SAN DIEGO, CA 92108-2709
518699623      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 22 2020 01:36:53       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
518629432      +E-mail/PDF: cbp@onemainfinancial.com Feb 22 2020 01:31:51       ONEMAIN FINANCIAL,    PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
518614743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 01:31:20
                 PORTFOLIO RECOVERY,    120 CORPORATE BLVD.,    NORFOLK, VA 23502
518720235       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 01:44:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
518678137       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 22 2020 01:45:28
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
518702737      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2020 01:32:26       Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518671865*      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518701827*     +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 21, 2020
                              Form ID: 186             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
            Albert   Russo    docs@russotrustee.com
            Darren M Baldo     on behalf of Joint Debtor Diana L Faretty darren@dbaldolaw.com
            Darren M Baldo     on behalf of Debtor Michael S Faretty, II darren@dbaldolaw.com
            Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```