Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33073−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael S Faretty II
185 Eaton Ave.
Hamilton, NJ 08619

Diana L Faretty
185 Eaton Ave
Hamilton, NJ 08619

Social Security No.:
 xxx−xx−7799                          xxx−xx−5376

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 27, 2020.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 28, 2020
JAN: wir

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 19-33073-MBK
Michael S Faretty, II                                               Chapter 13
Diana L Faretty
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 2               Date Rcvd: Feb 28, 2020
                              Form ID: 148              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +Michael S Faretty, II,   Diana L Faretty,   185 Eaton Ave.,   Hamilton, NJ 08619-2503
518614742      +DISCOVER,   PO BOX 6107,   CAROL STREAM, IL 60197-6107
518614746      +GM FINANCIAL,   1820 E. Sky Harbor Circle South, Suite 1,   Phoenix, AZ 85034-4810
518720962      +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840
518633976       M&T Bank,   2365 Northside Dr., # 300,   Buffalo, NY  14240
518614744      +MACYS,   PO BOX 78008,   PHOENIX, AZ 85062-8008
518614741      +ONE MAIN FINANCIAL,   3100 QUAKERBRIDGE RD., STE D7,   MERCERVILLE, NJ 08619-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 29 2020 00:20:27      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 29 2020 00:20:25      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518702102       EDI: PHINAMERI.COM Feb 29 2020 04:53:00      AmeriCredit Financial Services, Inc.,
                 dba GM Financial,   P O Box 183853,   Arlington, TX 76096
518614740      +EDI: CAPITALONE.COM Feb 29 2020 04:53:00      CAPITAL ONE,   PO BOX 6492,
                 CAROL STREAM IL 60197-6492
518632966      +EDI: AIS.COM Feb 29 2020 04:53:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518671863       EDI: BL-BECKET.COM Feb 29 2020 04:53:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518689773       EDI: Q3G.COM Feb 29 2020 04:53:00      Department Stores National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518627843      +EDI: DISCOVERSL.COM Feb 29 2020 04:53:00      Discover Student Loans,   PO Box 30925,
                 Salt Lake City, UT 84130-0925
518633977      +EDI: PHINAMERI.COM Feb 29 2020 04:53:00      GM Financial,   P.O. Box 78143,
                 Phoenix, AZ 85062-8143
518614745      +E-mail/Text: bncnotices@becket-lee.com Feb 29 2020 00:19:47      KOHLS,   PO BOX 1456,
                 CHARLOTTE, NC 28201-1456
518614738       E-mail/Text: camanagement@mtb.com Feb 29 2020 00:20:06      M&T BANK,   PO BOX 840,
                 BUFFALO, NY 14240
518614739      +EDI: MID8.COM Feb 29 2020 04:53:00      MIDLAND FUNDING LLC,   2365 NORTHSIDE DR., SUITE 300,
                 SAN DIEGO, CA 92108-2709
518699623      +EDI: MID8.COM Feb 29 2020 04:53:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518629432      +EDI: AGFINANCE.COM Feb 29 2020 04:53:00      ONEMAIN FINANCIAL,   PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
518614743       EDI: PRA.COM Feb 29 2020 04:53:00      PORTFOLIO RECOVERY,   120 CORPORATE BLVD.,
                 NORFOLK, VA 23502
518720235       EDI: PRA.COM Feb 29 2020 04:53:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
518678137       EDI: PRA.COM Feb 29 2020 04:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
518702737      +EDI: AIS.COM Feb 29 2020 04:53:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518671865*      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518701827*     +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Darren M Baldo    on behalf of Joint Debtor Diana L Faretty darren@dbaldolaw.com
              Darren M Baldo    on behalf of Debtor Michael S Faretty, II darren@dbaldolaw.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```