| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Darren M. Baldo, Esq. (NJ Bar ID#040181997)<br>Baldo Law Firm<br>4093 Quakerbridge Rd.<br>Princeton Jct., NJ 08550<br>Phone: (609) 799-0090<br>Fax: (609) 799-0095<br>Darren@dbaldolaw.com | Case No.:  19-33073 (MBK)<br><br>Chapter:  13 |
| In Re:<br><br>  Michael S. Faretty II and<br>  Diana L. Faretty,<br><br>  Debtors. | Adv. No.:  Click or tap here to enter text.<br><br>Hearing Date:  Click or tap here to enter text.<br><br>Judge:  Kaplan |

## CERTIFICATION OF SERVICE

1. I, Click or tap here to enter text.:

    ☒ represent Debtor in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On March 2, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Vacate Dismissal & Reinstate Automatic Stay
    Certification of Darren M. Baldo, Esq.
    Proposed Order Vacating Dismissal & Reinstating Automatic Stay
    Order Shortening Time

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    March 2, 2020                                    /s/ Darren M. Baldo
                                                                          Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Attention: Officer, Managing Agent or General Agent<br>M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MIDLAND FUNDING LLC<br>Attention: Officer, Managing Agent or General Agent<br>PO Box 2011<br>Warren, MI 48090<br>Mbx_ilms_bankruptcy@mcmcg.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CAPITAL ONE BANK (USA) N.A.<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355<br>proofofclaim@becket-lee.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attention: Officer, Managing Agent or General Agent<br>One Main Financial Group LLC<br>PO Box 3251<br>Evansville, IN 47731<br>CBP@OneMainFinancial.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DISCOVER STUDENT LOANS<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 30925<br>SALT LAKE CITY, UT 84130<br>DSLBKYPRO@discover.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY<br>Attention: Officer, Managing Agent or General Agent<br>PO Box 41067<br>Norfolk, VA 23541<br>Bankruptcy_Info@portfoliorecovery.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Americredit Financial Services, Inc., dba GM Financial<br>Attention: Officer, Managing Agent or General Agent<br>PO Box 183853<br>Arlington, TX 76096 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other U.S.P.S. Overnight Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attention: Officer, Managing Agent or General Agent<br>Dept. Stores Nat'l Bank, c/o Quantum3Group LLC<br>PO Box 657<br>Kirkland, WA 98083<br>claims@quantum3group.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attention: Officer, Managing Agent or General Agent<br>Verizon, by American<br>Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118<br>POC_AIS@americaninfosource.com | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Ch. 13 Trustee<br>1 AAA Dr., Suite 101<br>Robbinsville, NJ 08691<br>arusso@russotrustee.com | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other E-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*