UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Michael S Faretty, II
Diana L Faretty

Debtor(s)

Case No.: 19-33073 / MBK

Chapter 13

Hearing Date:

Judge: Michael B. Kaplan

## TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim

of Exemptions the reason(s) set forth below:

**The amended Schedule C filed on 3/1/20 is improper and needs to be revised to remove the
checked box that says "100% of fair market value" and fill in an actual exemption amount
for all exemptions.**

Dated:  March 3, 2020

/s/ Albert Russo
_____

Albert Russo, Standing Chapter 13 Trustee
By:  Erik Collazo, Staff Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Michael S Faretty, II
Diana L Faretty

Case No.: 19-33073 / MBK

Chapter 13

Hearing Date:

Debtor(s)

Judge: Michael B. Kaplan

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim

of Exemptions the reason(s) set forth below:

**The amended Schedule C filed on 3/1/20 is improper and needs to be revised to remove the checked box that says "100% of fair market value" and fill in an actual exemption amount for all exemptions.**

Dated:  March 3, 2020

/s/ Albert Russo
_____

Albert Russo, Standing Chapter 13 Trustee
By:  Erik Collazo, Staff Attorney