UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Michael Faretty & Diana Faretty,

Debtors.

Case No.: 19-33073-MBK

Chapter: 13

Hearing Date: 3/31/2020

Judge: Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion to Vacate Dismissal and Reinstate the Automatic Stay (Docket # 35)

_____

Date: 3/23/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*