UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Darren M. Baldo, Esq. (NJ Bar ID#040181997)
Baldo Law Firm
4093 Quakerbridge Rd.
Princeton Jct., NJ 08550
Phone: (609) 799-0090
Fax: (609) 799-0095
Darren@dbaldolaw.com

Case No.:          19-33073 (MBK)

Chapter:           13

In Re:

   Michael S. Faretty II and
   Diana L. Faretty,

   Debtors.

Adv. No.:          Click or tap here to enter text.

Hearing Date:      Click or tap here to enter text.

Judge:             Kaplan

## CERTIFICATION OF SERVICE

1. I, Click or tap here to enter text.:

   ☒ represent Debtor in this matter.

   ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

   ☐ am the Click or tap here to enter text. in this case and am representing myself.

2. On March 27, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order on Motion to Vacate Dismissal of Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   March 27, 2020                     /s/ Darren M. Baldo

Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Attention: Officer, Managing Agent or General Agent<br>M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| MIDLAND FUNDING LLC<br>Attention: Officer, Managing Agent or General Agent<br>PO Box 2011<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| CAPITAL ONE BANK (USA) N.A.<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attention: Officer, Managing Agent or General Agent<br>One Main Financial Group LLC<br>PO Box 3251<br>Evansville, IN 47731 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DISCOVER STUDENT LOANS<br>Attention: Officer, Managing Agent or General Agent<br>PO BOX 30925<br>SALT LAKE CITY, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PORTFOLIO RECOVERY<br>Attention: Officer, Managing Agent or General Agent<br>PO Box 41067<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Americredit Financial Services, Inc., dba GM Financial<br>Attention: Officer, Managing Agent or General Agent<br>PO Box 183853<br>Arlington, TX 76096 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attention: Officer, Managing Agent or General Agent<br>Dept. Stores Nat'l Bank, c/o Quantum3Group LLC<br>PO Box 657<br>Kirkland, WA 98083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attention: Officer, Managing Agent or General Agent<br>Verizon, by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Ch. 13 Trustee<br>1 AAA Dr., Suite 101<br>Robbinsville, NJ 08691 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*