Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33073−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael S Faretty II
185 Eaton Ave.
Hamilton, NJ 08619

Diana L Faretty
185 Eaton Ave
Hamilton, NJ 08619

Social Security No.:
xxx−xx−7799

xxx−xx−5376

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/10/20
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 25, 2020
JAN: wir

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-33073-MBK
Michael S Faretty, II                                                 Chapter 13
Diana L Faretty
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: 132             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db/jdb         +Michael S Faretty, II,   Diana L Faretty,   185 Eaton Ave.,   Hamilton, NJ 08619-2503
518671863       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518614742      +DISCOVER,   PO BOX 6107,   CAROL STREAM, IL 60197-6107
518614746      +GM FINANCIAL,   1820 E. Sky Harbor Circle South, Suite 1,   Phoenix, AZ 85034-4810
518720962      +Lakeview Loan Servicing, LLC,   PO Box 840,   Buffalo, NY 14240-0840
518633976       M&T Bank,   2365 Northside Dr., # 300,   Buffalo, NY  14240
518614744      +MACYS,   PO BOX 78008,   PHOENIX, AZ 85062-8008
518614741      +ONE MAIN FINANCIAL,   3100 QUAKERBRIDGE RD., STE D7,   MERCERVILLE, NJ 08619-1658

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 25 2020 22:14:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 25 2020 22:14:53     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518702102       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 25 2020 22:14:32
                 AmeriCredit Financial Services, Inc.,   dba GM Financial,   P O Box 183853,
                 Arlington, TX 76096
518614740      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 22:23:05     CAPITAL ONE,
                 PO BOX 6492,   CAROL STREAM IL 60197-6492
518632966      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2020 22:23:12
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518689773       E-mail/Text: bnc-quantum@quantum3group.com Mar 25 2020 22:14:49
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
518627843      +E-mail/Text: DSLBKYPRO@discover.com Mar 25 2020 22:15:08     Discover Student Loans,
                 PO Box 30925,   Salt Lake City, UT 84130-0925
518633977      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 25 2020 22:14:32     GM Financial,
                 P.O. Box 78143,   Phoenix, AZ 85062-8143
518614745      +E-mail/Text: bncnotices@becket-lee.com Mar 25 2020 22:14:22     KOHLS,   PO BOX 1456,
                 CHARLOTTE, NC 28201-1456
518614738       E-mail/Text: camanagement@mtb.com Mar 25 2020 22:14:34     M&T BANK,   PO BOX 840,
                 BUFFALO, NY 14240
518614739      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 22:14:52     MIDLAND FUNDING LLC,
                 2365 NORTHSIDE DR., SUITE 300,   SAN DIEGO, CA 92108-2709
518699623      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 22:14:52     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
518629432      +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 22:22:55     ONEMAIN FINANCIAL,   PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
518614743       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:23:37
                 PORTFOLIO RECOVERY,   120 CORPORATE BLVD.,   NORFOLK, VA 23502
518720235       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:23:08
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
518678137       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 22:23:37
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank (usa), N.a.,   POB 41067,
                 Norfolk VA 23541
518702737      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2020 22:23:12     Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518671865*      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518701827*     +Midland Funding LLC,   PO Box 2011,   Warren, MI 48090-2011
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: 132             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Darren M Baldo    on behalf of Joint Debtor Diana L Faretty darren@dbaldolaw.com
              Darren M Baldo    on behalf of Debtor Michael S Faretty, II darren@dbaldolaw.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```