UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:
    MICHAEL S. FARETTY, II
    DIANA L. FARETTY

Debtor

Case No.: 19-33073 MBK

Chapter: 13

Hearing Date: 3/25/20

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: The minutes of 3/25/20 hearing on Trustee's Objection to Debtor's Claim of Exemptions are amended from ORDER TO BE SUBMITTED to WITHDRAWN.

_____

Date: 5/6/20

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*