UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                      Bankr. Case No. 19-33073-MBK-13

MICHAEL S. FARETTY and DIANA S. FARETTY                                      Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**


    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that
all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


        By /s/ Mandy Youngblood_____

                Mandy Youngblood
                PO Box 183853
                Arlington, TX  76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Bankr. Case No. 19-33073-MBK-13

MICHAEL S. FARETTY and DIANA S. FARETTY                               Chapter 13
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 8, 2020 :

DARREN M BALDO                          Albert Russo
4093 QUAKERBRIDGE RD, STE 2             CN 4853
PRINCETON JUNCTION, NJ  08550          Trenton, NJ 08650


By  /s/ Mandy Youngblood
                                        Mandy Youngblood

xxxxx17438 / 1008098