51963
Morton & Craig, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc. dba GM Financial
JM5630_____

                                              UNITED STATES
                                              BANKRUPTCY COURT FOR
                                              THE DISTRICT OF NEW
                                              JERSEY

IN RE:  MICHAEL S. FARETTY, II
            DIANA L. FARETTY

                                              CHAPTER: 13
                                              CASE NO: 19-33073 (MBK)
                                              HEARING DATE:

                                              NOTICE OF APPEARANCE
                                              AND REQUEST FOR ALL
                                              NOTICES, PLAN AND
                                              DISCLOSURE STATEMENTS

      AmeriCredit Financial Services, Inc. dba GM Financial, .hereby enters its appearance and the law firm of Morton & Craig, LLC., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for AmeriCredit Financial Services, Inc. dba GM Financial.with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

AmeriCredit Financial Services, Inc. dba GM Financial., pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to AmeriCredit Financial Services, Inc. dba GM Financial by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
4000 Embarcadero Dr.
Arlington, Texas 76014

AmeriCredit Financial Services, Inc. dba GM Financial, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/   John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney for AmeriCredit
Financial Services, Inc dba GM Financial

Dated: