Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33073−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael S Faretty II
185 Eaton Ave.
Hamilton, NJ 08619

Diana L Faretty
185 Eaton Ave
Hamilton, NJ 08619

Social Security No.:
xxx−xx−7799

xxx−xx−5376

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:53 Order on Motion to Vacate Dismissal of Case) filed by Denise E. Carlon on behalf of LakeView Loan Servicing, LLC. Objection deadline is 10/28/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/29/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court