UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Michael Faretty & Diana Faretty,

Debtors.

Case No.:        19-33073-MBK

Chapter:         13

Hearing Date:    11/17/2020

Judge:           Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 64)

_____

Date: 11/12/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*