UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

51963
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services, Inc., dba GM Financial

**Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL S. FARETTY, II
DIANA FARETTY

Case No.: 19-33073

Adv. No.:

Hearing Date: 11-17-20

Judge: MBK

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 21, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Michael and Diana Faretty**
**19-33073(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services, Inc., dba GM Financial, with the appearance of Darren Baldo, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services, Inc., dba GM Financial is the holder of a first purchase money security interest encumbering a 2016 HYUNDAI ELANTRA bearing vehicle identification number 5NPDH4AE7GH749953 (hereinafter the "vehicle").

2. The debtors shall make all retail installment contract payments to AmeriCredit Financial Services, Inc., dba GM Financial when due, being the 28th day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services, Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services, Inc., dba GM Financial shall receive to repossess and sell the vehicle by filing a certification of lapse of insurance and serving it upon the debtors and their attorney.

4. The debtor shall pay to AmeriCredit Financial Services, Inc., dba GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.