| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-33073 / MBK**

Michael S Faretty, II
Diana L Faretty

Petition Filed Date: 12/11/2019
341 Hearing Date: 01/16/2020
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $407.15 | 19053452582 | 02/05/2020 | $407.15 | 65307520 | 03/02/2020 | $752.00 | 66073660 |
| 04/06/2020 | $836.71 | 66893520 | 05/12/2020 | $836.71 | 67818520 | 06/08/2020 | $836.71 | 68503640 |
| 07/06/2020 | $1,003.00 | 69218720 | 08/03/2020 | $1,003.00 | 69883680 | 09/14/2020 | $1,003.00 | 70841520 |
| 10/13/2020 | $1,003.00 | 71537690 | 11/24/2020 | $1,003.00 | 72548300 | 01/04/2021 | $1,003.00 | 73479280 |
| 01/25/2021 | $1,003.00 | 74002750 | | | | | | |

**Total Receipts for the Period: $11,097.43    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,097.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael S Faretty, II | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER<br>»»  STUDENT LOAN | Unsecured Creditors | $2,087.89 | $0.00 | $2,087.89 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC.<br>»»  2008 FORD EXPLORER/CRAM | Debt Secured by Vehicle | $4,807.00 | $1,287.92 | $3,519.08 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $729.02 | $0.00 | $729.02 |
| 0 | Darren M Baldo<br>»»  AMD DISCLOSURE | Attorney Fees | $1,080.00 | $1,080.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,935.00 | $0.00 | $1,935.00 |
| 5 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $3,481.21 | $0.00 | $3,481.21 |
| 6 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $949.99 | $0.00 | $949.99 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $879.61 | $0.00 | $879.61 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $395.19 | $0.00 | $395.19 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY/JCPENNEY/DJ-068262-17 | Unsecured Creditors | $2,723.52 | $0.00 | $2,723.52 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2016 HYUNDAI ELANTRA | Debt Secured by Vehicle | $369.99 | $99.14 | $270.85 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $455.06 | $0.00 | $455.06 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,095.99 | $0.00 | $1,095.99 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  DELL FINANCIAL SERVICES/DC-001754-19 | Unsecured Creditors | $2,964.11 | $0.00 | $2,964.11 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/185 EATON AVE/1ST MTG | Mortgage Arrears | $18,499.02 | $4,956.36 | $13,542.66 |
| 10002 | ONEMAIN FINANCIAL GROUP, LLC.<br>»»  2008 FORD EXPLORER/CRAM BAL | Unsecured Creditors | $2,915.08 | $0.00 | $2,915.08 |
| 15 | LAKEVIEW LOAN SERVICING LLC<br>»»  185 EATON AVE/ATTY FEES 11/19/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 16 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2016 HYUNDAI ELANTRA/ATTY FEES 12/21/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,097.43 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $8,304.42 | Current Monthly Payment: | $1,003.00 |
| Paid to Trustee: | $909.37 | Arrearages: | $1,003.00 |
| Funds on Hand: | $1,883.64 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**