| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-33073 / MBK**

Michael S Faretty, II  
Diana L Faretty  

Petition Filed Date: 12/11/2019  
341 Hearing Date: 01/16/2020  
Confirmation Date: 06/10/2020  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $1,003.00 | 73479280 | 01/25/2021 | $1,003.00 | 74002750 | 03/01/2021 | $1,003.00 | 74905890 |
| 03/16/2021 | $1,003.00 | 75280920 | 04/28/2021 | $1,003.00 | 76288520 | 05/25/2021 | $1,003.00 | 76918450 |
| 06/28/2021 | $1,003.00 | 77691400 | 07/19/2021 | $1,003.00 | 78191920 | 09/21/2021 | $1,003.00 | 79580390 |
| 10/25/2021 | $1,003.00 | 80329480 | 11/22/2021 | $1,003.00 | 80946660 | 01/03/2022 | $1,003.00 | 81831140 |

**Total Receipts for the Period: $12,036.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,127.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Michael S Faretty, II | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER<br>»» STUDENT LOAN | Unsecured Creditors | $2,087.89 | $0.00 | $2,087.89 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2008 FORD EXPLORER/CRAM | Debt Secured by Vehicle | $4,807.00 | $3,371.39 | $1,435.61 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $729.02 | $0.00 | $729.02 |
| 0 | Darren M Baldo<br>»» AMD DISCLOSURE | Attorney Fees | $1,080.00 | $1,080.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,935.00 | $0.00 | $1,935.00 |
| 5 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $3,481.21 | $0.00 | $3,481.21 |
| 6 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $949.99 | $0.00 | $949.99 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $829.27 | $0.00 | $829.27 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $395.19 | $0.00 | $395.19 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»» SYNCHRONY/JCPENNEY/DJ-068262-17 | Unsecured Creditors | $2,723.52 | $0.00 | $2,723.52 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2016 HYUNDAI ELANTRA | Debt Secured by Vehicle | $369.99 | $245.15 | $124.84 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $455.06 | $0.00 | $455.06 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,095.99 | $0.00 | $1,095.99 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DELL FINANCIAL SERVICES/DC-001754-19 | Unsecured Creditors | $2,964.11 | $0.00 | $2,964.11 |

**Chapter 13 Case No. 19-33073 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/185 EATON AVE/1ST MTG | Mortgage Arrears | $18,499.02 | $12,974.27 | $5,524.75 |
| 10002 | ONEMAIN FINANCIAL GROUP, LLC.<br>»»  2008 FORD EXPLORER/CRAM BAL | Unsecured Creditors | $2,915.08 | $0.00 | $2,915.08 |
| 15 | LAKEVIEW LOAN SERVICING LLC<br>»»  185 EATON AVE/ATTY FEES 11/19/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 16 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2016 HYUNDAI ELANTRA/ATTY FEES 12/21/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,127.43 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,551.81 | Current Monthly Payment: | $1,003.00 |
| Paid to Trustee: | $1,642.52 | Arrearages: | $3,009.00 |
| Funds on Hand: | $933.10 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more  information.

**View your case information online for *FREE*!**  Register today at www.ndc.org or scan this code to get started.

