| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1<br>Rebecca Solarz, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Lakeview Loan Servicing, LLC | Case No: 19-33073 MBK<br><br>Chapter: 13 |
| In re:<br>Diana L. Faretty<br>Michael S. Faretty II<br><br>　　　　　　Debtor(s) | Judge: Michael B. Kaplan |

## CREDITOR'S
## CERTIFICATION OF DEFAULT

Melissa Riley
_____ certifies as follows:

1. I am a **Assistant Vice President** for **M&T Bank**, a secured creditor of the debtor.

2. On November 19, 2020, an Order was entered, a copy of which is attached as Exhibit A, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

    ■ By missing payments and/or by failing to make the correct payments as summarized on the Certification of Creditor Regarding Post Petition Payment History attached hereto as Exhibit B.

☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: 08/30/2022

/s/ *Melissa Riley*
Secured Creditor  Melissa Riley /Assistant Vice President