# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

Caption in Compliance with D.N.J.LBR 9004-1
Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
<u>rsolarz@kmllawgroup.com</u>
Lakeview Loan Servicing, LLC

CASE NO. 19-33073 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Diana L. Faretty
Michael S. Faretty II

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 01/02/2009

I, <u>Melissa Riley</u>, employed as <u>Assistant Vice President</u> by M&T Bank, for Lakeview Loan Servicing, LLC, hereby certifies the following information:

Recorded on January 6, 2009, in <u>Mercer</u> County, in Book 10222, at Page 0120.

Property Address: <u>185 Eaton Ave, Township Of Hamilton NJ 08619.</u>

Mortgage Holder: <u>Lakeview Loan Servicing, LLC</u>

Mortgagor(s)/ Debtor(s): <u>Diana L. Faretty</u>

<u>Michael S. Faretty II</u>

POST-PETITION PAYMENTS (Petition filed on December 11, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 11/19/2020 | | | | | - |
| $1,544.10 | 11/01/2020 | 11/2020 | $1,544.20 | 12/21/2020 | $0.10 |
| $1,544.10 | 12/01/2020 | 12/2020 | $1,547.00 | 01/08/2021 | $3.00 |
| $1,607.95 | 01/01/2021 | 01/2021 | $1,607.95 | 01/29/2021 | $3.00 |
| $1,607.95 | 02/01/2021 | 02/2021 | $1,607.95 | 2/17/2021 | $3.00 |
| $1,607.95 | 03/01/2021 | 03/2021 | $1,607.95 | 3/19/2021 | $3.00 |
| $1,607.95 | 04/01/2021 | 04/2021 | $1,607.95 | 4/30/2021 | $3.00 |
| $1,607.95 | 05/01/2021 | 05/2021 | $1,607.95 | 5/28/2021 | $3.00 |
| $1,607.95 | 06/01/2021 | 06/2021 | $1,607.95 | 6/4/2021 | $3.00 |
| ($1,607.95) | | 06/2021 NSF | ($1,607.95) | 06/07/2021 | ($1,604.95) |
| $1,607.95 | 06/01/2021 | 06/2021 | $1,607.95 | 06/18/2021 | $3.00 |
| $1,607.95 | 07/01/2021 | 07/2021 | $1,607.95 | 7/30/2021 | $3.00 |
| $1,607.95 | 08/01/2021 | 08/2021 | $1,607.95 | 9/2/2021 | $3.00 |
| $1,607.95 | 09/01/2021 | 09/2021 | $1,607.95 | 9/30/2021 | $3.00 |
| $1,607.95 | 10/01/2021 | 10/2021 | $1,607.95 | 11/12/2021 | $3.00 |
| $1,607.95 | 11/01/2021 | 11/2021 | $3,215.90 | 12/14/2021 | $1,610.95 |
| $1,607.95 | 12/01/2021 | 12/2021 | From Suspense | 12/14/2021 | $3.00 |

| $1,584.91 | 01/01/2022 | 01/2022 | $1,800.00 | 03/11/2022 | $218.09 |
| $1,584.91 | 02/01/2022 | 02/2022 | $3,169.82 | 03/17/2022 | $1,803.00 |
| $1,584.91 | 03/01/2022 | 03/2022 | From Suspense | 03/17/2022 | $218.09 |
| $1,584.91 | 04/01/2022 | 04/2022 | $1,585.00 | 06/03/2022 | $218.18 |
| $1,584.91 | 05/01/2022 | 05/2022 | $3,170.00 | 07/13/2022 | $1,803.27 |
| $1,584.91 | 06/01/2022 | 06/2022 | From Suspense | 07/13/2022 | $218.36 |
| $1,584.91 | 07/01/2022 | 07/2022 | $0.00 | | ($1,366.55) |
| $1,584.91 | 08/01/2022 | 08/2022 | $0.00 | | ($2,951.46) |
| **Total Due: $35,062.88** | | **Total Received: $32,111.42** | | **Arrears:$2,951.46** | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,584.91
Arrears: $2,951.46

Each current monthly payment is comprised of:
    Principal and Interest:   $933.43_____
    R.E. Taxes:   $_____
    Insurance:   $_____
    Other:   $651.44_____   (Specify: Escrow)
    TOTAL   $1,584.91_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: Filed 12/01/2020 effective 01/01/2021, filed 11/29/2021 effective 01/01/2022.

PRE-PETITION ARREARS: $18,499.02

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 08/30/2022

Signature Melissa Riley / Assistant Vice President