# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
<u>dcarlon@kmllawgroup.com</u>
Lakeview Loan Servicing, LLC

CASE NO. 19-33073 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Diana L Faretty
Michael S Faretty II

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 01/02/2009

I, Melissa Riley_____, employed as Assistant Vice President_____ by M&T Bank, for Lakeview Loan Servicing, LLC, hereby certifies the following information:

Recorded on January 6, 2009, in <u>Mercer</u> County, in Book 10222, at Page 0120.

Property Address: <u>185 Eaton Ave, Township Of Hamilton NJ 08619.</u>

Mortgage Holder: <u>Lakeview Loan Servicing, LLC</u>

Mortgagor(s)/ Debtor(s): <u>Diana L Faretty</u>

<u>Michael S Faretty II</u>

POST-PETITION PAYMENTS (Petition filed on December 11, 2019)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 11/09/2022 | | | | | - |
| $6,121.46 AO Lump Sum | 10/31/2022 | | $0.00 | | - |
| $1,584.91 | 11/01/2022 | | $0.00 | | - |
| $1,584.91 | 12/01/2022 | | $0.00 | | - |
| $1,584.91 | 01/01/2023 | | $0.00 | | - |
| **Total Due: $10,876.19** | | **Total Received: $0.00** | | **Arrears: $10,876.19** | |

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,584.91
Agreed Order payments past due: 1 X $6,121.46
Arrears: $10,876.19

Each current monthly payment is comprised of:

    Principal and Interest:  $933.43_____
    R.E. Taxes:              $_____
    Insurance:               $_____
    Other:                   $651.44_____    (Specify: Escrow)
    TOTAL                    $1,584.91_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

Notices of Mortgage Payment Change: Filed 12/01/2020 effective 01/01/2021, filed 11/29/2021 effective 01/01/2022.

PRE-PETITION ARREARS: $18,499.02

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 01/17/2023
_____

Signature
Melissa Riley