UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Lakeview Loan Servicing, LLC

In re:
Diana L Faretty
Michael S Faretty II

                    Debtor

Case No: 19-33073 MBK

Chapter: 13

Judge:  Michael B. Kaplan

Recommended Local Form: ☐ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

Upon the motion of  Lakeview Loan Servicing, LLC, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as
hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume
and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to
pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 185 Eaton Ave, Township Of Hamilton NJ
08619**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in
this case as defendants in its action(s) irrespective of any conversion to any other chapter of the
Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who
entered an appearance on the motion.