| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 19-33073 / MBK

Michael S Faretty, II  
Diana L Faretty

Petition Filed Date: 12/11/2019  
341 Hearing Date: 01/16/2020  
Confirmation Date: 06/10/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $1,003.00 | 81831140 | 02/04/2022 | $1,003.00 | 82556060 | 03/14/2022 | $1,003.00 | 83361780 |
| 03/21/2022 | $1,003.00 | 83496270 | 05/16/2022 | $1,003.00 | 84701230 | 07/18/2022 | $1,003.00 | 85910610 |
| 07/19/2022 | $1,003.00 | 85970410 | 10/27/2022 | $1,003.00 | 87898650 | 10/28/2022 | $1,003.00 | 87909390 |
| 11/21/2022 | $459.00 | 88383820 | 01/04/2023 | $1,459.00 | 89132990 | 02/21/2023 | $1,459.00 | 90077440 |
| 02/27/2023 | $1,459.00 | 90151580 | 03/10/2023 | $1,459.00 | 90477090 | | | |

**Total Receipts for the Period: $15,322.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,446.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael S Faretty, II | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER<br>»»  STUDENT LOAN | Unsecured Creditors | $2,087.89 | $269.28 | $1,818.61 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC.<br>»»  2008 FORD EXPLORER/CRAM | Debt Secured by Vehicle | $4,807.00 | $4,807.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $729.02 | $94.02 | $635.00 |
| 0 | Darren M Baldo<br>»»  AMD DISCLOSURE | Attorney Fees | $1,080.00 | $1,080.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,935.00 | $249.56 | $1,685.44 |
| 5 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $3,481.21 | $448.99 | $3,032.22 |
| 6 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $949.99 | $122.52 | $827.47 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $829.27 | $106.95 | $722.32 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $395.19 | $50.97 | $344.22 |
| 9 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY/JCPENNEY/DJ-068262-17 | Unsecured Creditors | $2,723.52 | $351.27 | $2,372.25 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2016 HYUNDAI ELANTRA | Debt Secured by Vehicle | $369.99 | $369.99 | $0.00 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $455.06 | $58.69 | $396.37 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,095.99 | $141.35 | $954.64 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  DELL FINANCIAL SERVICES/DC-001754-19 | Unsecured Creditors | $2,964.11 | $382.29 | $2,581.82 |

**Chapter 13 Case No. 19-33073 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LAKEVIEW LOAN SERVICING LLC<br>»» P/185 EATON AVE/1ST MTG/SV 2/3/23 | Mortgage Arrears | $18,499.02 | $18,499.02 | $0.00 |
| 10002 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2008 FORD EXPLORER/CRAM BAL | Unsecured Creditors | $2,915.08 | $375.97 | $2,539.11 |
| 15 | LAKEVIEW LOAN SERVICING LLC<br>»» 185 EATON AVE/ATTY FEES 11/19/20/SV 2/3/23 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 16 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2016 HYUNDAI ELANTRA/ATTY FEES 12/21/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 17 | LAKEVIEW LOAN SERVICING LLC<br>»» 185 EATON AVE/ATTY FEES 11/9/22/SV 2/3/23 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,446.43 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $28,638.87 | Current Monthly Payment: | $1,459.00 |
| Paid to Trustee: | $2,745.70 | Arrearages: | $1,000.00 |
| Funds on Hand: | $4,061.86 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

