| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-33073 / MBK**

Michael S Faretty, II  
Diana L Faretty  

Petition Filed Date: 12/11/2019  
341 Hearing Date: 01/16/2020  
Confirmation Date: 06/10/2020  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $1,459.00 | 89132990 | 02/21/2023 | $1,459.00 | 90077440 | 02/27/2023 | $1,459.00 | 90151580 |
| 03/10/2023 | $1,459.00 | 90477090 | 03/29/2023 | $1,000.00 | 90785000 | 04/28/2023 | $1,459.00 | 91338490 |
| 06/05/2023 | $1,459.00 | 92036340 | 07/14/2023 | $1,459.00 | 92751580 | 09/11/2023 | $1,459.00 | 93730740 |
| 10/05/2023 | $1,459.00 | 94175850 | 10/12/2023 | $1,459.00 | 94279230 | 11/07/2023 | $1,459.00 | 94713530 |
| 01/08/2024 | $1,459.00 | 95699650 | 01/16/2024 | $1,459.00 | 95812390 | 01/24/2024 | $1,459.00 | 95968210 |

**Total Receipts for the Period: $21,426.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $51,036.43**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael S Faretty, II | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER<br>»» STUDENT LOAN | Unsecured Creditors | $2,087.89 | $1,713.18 | $374.71 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2008 FORD EXPLORER/CRAM | Debt Secured by Vehicle | $4,807.00 | $4,807.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $729.02 | $598.18 | $130.84 |
| 0 | Darren M Baldo<br>»» AMD DISCLOSURE | Attorney Fees | $1,080.00 | $1,080.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,935.00 | $1,587.73 | $347.27 |
| 5 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $3,481.21 | $2,856.45 | $624.76 |
| 6 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $949.99 | $779.50 | $170.49 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $829.27 | $680.44 | $148.83 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $395.19 | $324.26 | $70.93 |
| 9 | MIDLAND CREDIT AS AGENT FOR<br>»» SYNCHRONY/JCPENNEY/DJ-068262-17 | Unsecured Creditors | $2,723.52 | $2,234.74 | $488.78 |
| 10 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2016 HYUNDAI ELANTRA | Debt Secured by Vehicle | $369.99 | $369.99 | $0.00 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $455.06 | $373.39 | $81.67 |
| 12 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,095.99 | $899.30 | $196.69 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» DELL FINANCIAL SERVICES/DC-001754-19 | Unsecured Creditors | $2,964.11 | $2,432.15 | $531.96 |

**Chapter 13 Case No. 19-33073 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LAKEVIEW LOAN SERVICING LLC<br>»» P/185 EATON AVE/1ST MTG | Mortgage Arrears | $18,499.02 | $18,499.02 | $0.00 |
| 10002 | ONEMAIN FINANCIAL GROUP, LLC.<br>»» 2008 FORD EXPLORER/CRAM BAL | Unsecured Creditors | $2,915.08 | $2,391.92 | $523.16 |
| 15 | LAKEVIEW LOAN SERVICING LLC<br>»» 185 EATON AVE/ATTY FEES 11/19/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 16 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2016 HYUNDAI ELANTRA/ATTY FEES 12/21/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 17 | LAKEVIEW LOAN SERVICING LLC<br>»» 185 EATON AVE/ATTY FEES 11/9/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 18 | LAKEVIEW LOAN SERVICING LLC<br>»» 185 EATON AVE/ATTY FEES 4/17/23 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,036.43 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $43,058.25 | Current Monthly Payment: | $1,459.00 |
| Paid to Trustee: | $3,964.46 | Arrearages: | $0.00 |
| Funds on Hand: | $4,013.72 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

