**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael S Faretty II<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7799<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Diana L Faretty<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5376<br>EIN   __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:   19-33073-MBK

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael S Faretty II            Diana L Faretty

4/25/24                **By the court:** Michael B. Kaplan
                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-33073-MBK
Michael S Faretty, II                                                                           Chapter 13
Diana L Faretty
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3
Date Rcvd: Apr 25, 2024          Form ID: 3180W          Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S Faretty, II, Diana L Faretty, 185 Eaton Ave., Hamilton, NJ 08619-2503 |
| 518614742 | + | DISCOVER, PO BOX 6107, CAROL STREAM, IL 60197-6107 |
| 518614746 | + | GM FINANCIAL, 1820 E. Sky Harbor Circle South, Suite 1, Phoenix, AZ 85034-4810 |
| 518633976 | | M&T Bank, 2365 Northside Dr., # 300, Buffalo, NY 14240 |
| 518614741 | + | ONE MAIN FINANCIAL, 3100 QUAKERBRIDGE RD., STE D7, MERCERVILLE, NJ 08619-1658 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 25 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 25 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Apr 26 2024 00:18:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518702102 | | EDI: PHINAMERI.COM | Apr 26 2024 00:18:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518614740 | + | EDI: CAPITALONE.COM | Apr 26 2024 00:18:00 | CAPITAL ONE, PO BOX 6492, CAROL STREAM IL 60197-6492 |
| 518632966 | + | EDI: AIS.COM | Apr 26 2024 00:18:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518671863 | | Email/PDF: bncnotices@becket-lee.com | Apr 25 2024 20:38:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518614744 | | EDI: CITICORP | Apr 26 2024 00:18:00 | MACYS, PO BOX 78008, PHOENIX, AZ 85062 |
| 518689773 | | EDI: Q3G.COM | Apr 26 2024 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518627843 | + | EDI: DISCOVERSL.COM | Apr 26 2024 00:18:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 518633977 | + | EDI: PHINAMERI.COM | Apr 26 2024 00:18:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 518614745 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 25 2024 20:33:00 | KOHLS, PO BOX 1456, CHARLOTTE, NC 28201-1456 |
| 518720962 | | ^ MEBN | | |

Case 19-33073-MBK    Doc 108    Filed 04/27/24    Entered 04/28/24 00:13:49    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: 3180W | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 25 2024 20:29:20 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 518614738 | | Email/Text: camanagement@mtb.com | Apr 25 2024 20:34:00 | M&T BANK, PO BOX 840, BUFFALO, NY 14240 |
| 518614739 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2024 20:35:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR., SUITE 300, SAN DIEGO, CA 92108-2710 |
| 518699623 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 25 2024 20:35:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518629432 | + | EDI: AGFINANCE.COM | Apr 26 2024 00:18:00 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518614743 | | EDI: PRA.COM | Apr 26 2024 00:18:00 | PORTFOLIO RECOVERY, 120 CORPORATE BLVD., NORFOLK, VA 23502 |
| 518720235 | | EDI: PRA.COM | Apr 26 2024 00:18:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 518678137 | | EDI: PRA.COM | Apr 26 2024 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518702737 | + | EDI: AIS.COM | Apr 26 2024 00:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518872185 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518671865 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518701827 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2024           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 25, 2024 | Form ID: 3180W | Total Noticed: 26 |

Darren M Baldo
    on behalf of Joint Debtor Diana L Faretty darren@dbaldolaw.com

Darren M Baldo
    on behalf of Debtor Michael S Faretty II darren@dbaldolaw.com

Denise E. Carlon
    on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7